United States District Court

For The District of Columbia

**Plaintiff:**

Anthony Allbright & Martha Tadesse

1088 Macon drive

Titusville Florida

32780

317-450-3362

Civil Action NO #: 1:08-cv-00293

Assigned To: Robertson, James

VS.

Assign Date: 2/20/2008

Description: PI/Malpractice

**Defendant:**

Delta Airline /and or Highest Ranking Executive

1090 Vermont Avenue

North West

Washington D.C. 20005

**PI/Malpractice**

**Service of Summons and Complaint**

Respectfully submitted,

_[signatures: Anthony Allbright / Martha Tadesse]_

Anthony Allbright & Martha Tadesse

1088 Macon drive Titusville Florida

32780

**Certificate of Service**

I herby certify that on 02/27/2008, a copy of my PI/Malpractice was mailed to all defendants at the following address: Delta Airline "Registered Agent" 1090 Vermont Avenue North West, Washington DC 20005

# RECEIVED

MAR 6 – 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Signatures _____

Martha Tadesse

**Anthony Allbright & Martha tadesse**

**1088 Macon Drive Titusville Florida, 32780**

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: (REGISTERED AGENT)
DELTA AIRLINE
1090 VERMONT AVE. NW
WASHINGTON DC. 20005

2. Article Number (Transfer from): 7006 0100 0001 2296 8341

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name): L. Rodriguez
C. Date of Delivery: 2/27/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes