IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


Anthony Allbright & Martha Tadesse,

Plaintiff                                    Civil Action No#: 1:08-cv-00293 -JR

                                             [                    ]
v.

Delta Airline/and or Highest Ranking Official


Defendant.

---

PLAINTIFF'S EXPIDITED **MOTION** FOR ADDITIONAL PLAINTIFF TO BE INCLUDED IN THE SUIT FILED FEBUARAY 20TH 2008

Plaintiffs (Anthony Allbright & Martha Tadesse) hereby seek to add one Ms. Zenebech Gebreyes to this suit.

### ARGUMENT

Under the concept of compulsory joinder, Federal Rule of Civil Procedure 19 mandates that some parties be joined. Parties that must be joined are those necessary and indispensable to the litigation. Ms. Zenebech Gebreyes was consignee of damaged property, and is immediate relative to plaintiff Martha Tadesse. Also, Ms. Zenebech Gebreyes is eyewitness to alleged damage to cargo and subsequent complications due to delay of cargo.

# RECEIVED

MAR 1 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully Submitted,

Anthony Allbright

Plaintiff _____

Martha Tadesse

Plaintiff _____

1088 Macon Drive
Titusville Florida
32780

## Certificate of Service

I herby certify on [            ], a copy of my joinder motion was mailed to

Defendant's Attorney at the following address: Mound Cotton Wollan & Greengrass
Francis A. Montbach
One Battery Park Plaza
New York, NY 10004-1486



Anthony Allbright & Martha Tadesse:  1088 Macon drive Titusville Florida 32780

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Proposed Order**

Anthony Allbright & Martha Tadesse,

Plaintiff                              Civil Action No#: 1:08-cv-00293

      v.

Delta Airline/and or Highest Ranking Official

Defendant.

[PROPOSED] JOINDER ORDER

It is, this day,_____ of March, 2008

ORDERED, that the plaintiffs Anthony Allbright and Martha Tadesse shall be granted Motion for additional plaintiff, Zenebech Gebreyes to be included in the aforesaid Civil action against Delta Airline/and or Highest Ranking Officer.

FURTHER ODERED, that all filings aforesaid shall be on the public record.

                                              _____
                                              James Robertson
                                              U.S. District Judge

                                              Date_____