UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY ALLBRIGHT, *et al.*,    :
                                :
    Plaintiffs,             :
                                :
  v.                            : Civil Action No. 08-0293 (JR)
                                :
DELTA AIRLINE,                  :
                                :
    Defendant.              :

### ORDER

Plaintiffs' motion for an additional party to be added will be construed as an amendment of the complaint, which plaintiffs have the right to do once before an answer is filed. The motion [3] is accordingly **granted**, and Zenebech Gebreyes will be added as a plaintiff.


                                          JAMES ROBERTSON
                                United States District Judge