UNITED STATES DISTRICT COURT
District of Columbia

ANTHONY ALLBRIGHT

and

MARTHA TADESSE

    Plaintiffs,

v.

DELTA AIRLINES

    Defendant.

Case No.: 1:08-cv-00293 JR

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i), and no answer or motion for summary judgment having been served by the Defendant, the Plaintiffs hereby dismiss this action <u>with prejudice</u>.

By: _____
Anthony Allbright, Plaintiff *Pro Se*
1088 Macon Drive
Titusville, Florida 32780

By: _____
Martha Tadesse, Plaintiff *Pro Se*
1088 Macon Drive
Titusville, Florida 32780

**RECEIVED**

MAR 28 2008

Clerk, U.S. District and
Bankruptcy Courts

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Dismissal with Prejudice was hand-delivered this 20 day of March, 2008 to:

Francis A. Montbach, Esquire
Mound, Cotton, Wollan & Greengrass
One Battery Park Plaza
New York, New York 10004

Anthony Allbright